# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 3, 2022

Lyle W. Cayce
Clerk

No. 21-30493
Summary Calendar

———————

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

STEVEN DEEM,

*Defendant—Appellant*.

———————

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:13-CR-149-1

———————

Before HIGGINBOTHAM, HIGGINSON, and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

Steven Deem, federal prisoner # 16418-035, appeals the denial of his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. The district court denied relief based upon its consideration of the 18 U.S.C. § 3553(a)

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 21-30493

factors, and we review that denial for an abuse of discretion. *See United States v. Chambliss*, 948 F.3d 691, 693 (5th Cir. 2020).

Although Deem argues that the district court failed to consider his post-sentencing conduct and minimal likelihood of recidivism as reflected in two risk assessments, we do not consider the second assessment since it was not before the district court. *See Theriot v. Par. of Jefferson*, 185 F.3d 477, 491 n.26 (5th Cir. 1999). The order denying compassionate release indicates that the district court sufficiently considered the first risk assessment, but the court nevertheless concluded that the § 3553(a) factors did not warrant relief in light of, inter alia, Deem's criminal history as a child-sex offender and the fact that he had served less than half of his 20-year sentence for an offense that carried a 15-year mandatory minimum sentence. *See Chavez-Meza v. United States*, 138 S. Ct. 1959, 1965 (2018); § 3553(a)(1), (2)(A)-(C); 18 U.S.C. § 2252A(a)(2), (b)(1). Deem's disagreement with the district court's § 3553(a) analysis is not a sufficient ground for reversal. *See Chambliss*, 948 F.3d at 694. He fails to show that the district court abused its discretion by denying relief. *See id.* at 693.

Deem's motion for leave to file a supplemental brief is GRANTED, his motion for appointment of counsel is DENIED, and the order of the district court is AFFIRMED.

2